## File Hashes for IP Address 108.45.78.132

**ISP:** Verizon FiOS
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/30/2014 13:22:04 | 7AF6FA815AED342678C921DD5F149C370DC3A09E | Anneli Dream Girl |
| 06/17/2014 06:55:03 | 58965D289717A18D7BDB25C515562F66C07603A9 | Paradise Found |
| 06/17/2014 03:56:16 | 7F6C2D9AE1E195EFD6560EC6C42DD70857A12941 | Carmen An Afternoon to Remember |
| 05/11/2014 12:20:25 | 597B0F364B3D469F8CE7B03C0CC30AB4F1EED98E | Fashion Fantasy |
| 04/28/2014 18:58:38 | AD7C65F7A53DB297C2445CAB3A40DFE02CB0F37B | Good Morning Baby |
| 04/28/2014 18:57:49 | 0EB0AD973B81E4F3C3BBA5E2509750DB083EE3CA | Tuesday Morning |
| 04/27/2014 19:57:51 | 393C04762255DA6B05BBAE7F29933D8F7421F776 | At Home With Tiffany |
| 04/27/2014 19:06:27 | 53E8068629FC21F23779B78A42D8C8AA03DE63AB | Newlyweds |
| 04/26/2014 23:30:02 | 8E13B1D31DA1BAF795D7DB2A31ABDB02F70B745A | In for the Night |
| 04/22/2014 01:53:14 | 7D733B20E92D45EDCA627EFE5C199B0B77EA8838 | Apartment in Madrid |
| 04/21/2014 14:23:05 | 612CD41B3EF0921D2E93275EDC826E4F272E8B8D | Introducing Kenzie |
| 04/21/2014 12:07:22 | A0DD13F7675BB9FA4A847F7C88A173A84A02FF8E | A Little Time For Myself |
| 04/19/2014 17:56:29 | D156D212A994943F094077CCD4768E7CA8E39461 | Going Strong |
| 04/19/2014 17:24:08 | 1C0AC43498CE3D3F6C87ADF451AB6C85F4D303F7 | A Christmas Story |
| 04/19/2014 12:37:28 | D01FC19766D36957E36620605ACE01B61E7289F6 | Unveiling Part #2 |
| 04/18/2014 14:19:06 | 82296A2E712E2BFDE3A7FF70EC402ADAEA6F211C | A Perfect Match |
| 03/19/2014 01:31:03 | F6B6C9797CDE17B0DA960CCF5E442FBD707CCFE9 | Dark Desires |
| 03/17/2014 19:37:43 | 20A49F14761CA7A6222E9B7150F50123FD8CA787 | Made for Each Other |
| 03/17/2014 19:15:05 | 4C0CDAF8D3DF5E95BD182BA6DA91DD8AFA884B63 | The Way I Feel |
| 03/17/2014 18:55:09 | C8D462309A645291B33E51361C132BC236EBF7D0 | I Love X Art |
| 03/17/2014 18:51:22 | D438F136539A21D5A9108587EB82D27867FD6C35 | Waterfall Emotions |
| 03/15/2014 09:51:14 | AE4C48E0E998EB2638188D172F437654C36DD682 | LA Plans |

EXHIBIT A

EVA36

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/14/2014 09:46:42 | 729B82F19F029D60B59C56A9CEAB84B66EFFB350 | A Hot Number |
| 03/08/2014 11:05:33 | B3452C59A4168E85544EACD8ECB394D40FF25153 | Girl in a Room |
| 03/08/2014 08:16:41 | 57CDB237466F54B0EC06C629A5C799F2D48845C6 | Afternoon Picnic |
| 03/08/2014 08:06:10 | 78195E24C53468A982F8337A384B1384DDF4BBD3 | Threes Company |
| 03/08/2014 05:50:54 | ACB73794C4DF7F794D83E8A9ED212A8D0CD29012 | Miss Perfect |
| 03/07/2014 12:18:37 | FCD626C67E5AB66979C85286C93FF1CB9B3E9ABF | Clean and Wet |
| 03/07/2014 12:00:30 | 6F5C2DD799085C3804540ACA9CE162DBDCE3E581 | Awakening |
| 02/28/2014 12:07:09 | 3A868C29FE2DA7A2258DCA995B25E4FBCF254CBC | Silvie Centerfold |
| 02/23/2014 12:22:40 | 2AE02F781BF6C59CF8AA864FBC3EC20E300BDCC7 | Unbelievably Beautiful |
| 02/23/2014 12:22:19 | 041AFBF7B134B5FE1A46E1703B634908C876B4BF | Classic Beauty |

**Total Statutory Claims Against Defendant: 32**