## Copyrights-In-Suit for IP Address 108.45.78.132

**ISP:** Verizon FiOS
**Location:** Arlington, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 04/19/2014 |
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 03/14/2014 |
| A Little Time For Myself | PA0001877474 | 01/28/2014 | 01/31/2014 | 04/21/2014 |
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 04/18/2014 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 03/08/2014 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 06/30/2014 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 04/22/2014 |
| At Home With Tiffany | PA0001880496 | 02/17/2014 | 02/21/2014 | 04/27/2014 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 03/07/2014 |
| Carmen An Afternoon to Remember | PA0001775902 | 02/13/2012 | 02/17/2012 | 06/17/2014 |
| Classic Beauty | PA0001806473 | 09/11/2012 | 09/19/2012 | 02/23/2014 |
| Clean and Wet | PA0001860955 | 07/29/2013 | 08/28/2013 | 03/07/2014 |
| Dark Desires | PA0001859658 | 07/10/2013 | 08/02/2013 | 03/19/2014 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 05/11/2014 |
| Girl in a Room | PA0001860968 | 08/07/2013 | 09/06/2013 | 03/08/2014 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 04/19/2014 |
| Good Morning Baby | PA0001847655 | 06/04/2013 | 06/18/2013 | 04/28/2014 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 03/17/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 04/26/2014 |
| Introducing Kenzie | PA0001862286 | 09/07/2013 | 09/08/2013 | 04/21/2014 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 03/15/2014 |

EXHIBIT B

EVA36

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 03/17/2014 |
| Miss Perfect | PA0001809284 | 10/01/2012 | 10/07/2012 | 03/08/2014 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 04/27/2014 |
| Paradise Found | PA0001783362 | 03/25/2012 | 03/26/2012 | 06/17/2014 |
| Silvie Centerfold | PA0001774762 | 01/23/2012 | 02/03/2012 | 02/28/2014 |
| The Way I Feel | PA0001874745 | 01/08/2014 | 01/15/2014 | 03/17/2014 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 03/08/2014 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 04/28/2014 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 02/23/2014 |
| Unveiling Part #2 | PA0001866188 | 10/15/2013 | 10/19/2013 | 04/19/2014 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 03/17/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 32**