**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                                    Civil Action No.  1:14-cv-00934-CMH-TRJ

JOHN DOE, subscriber assigned IP address
108.45.78.132,

    Defendant,
                                                /

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.  John Doe was assigned the IP address 108.45.78.132.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  November 14, 2014

                                              Respectfully submitted,

                                              By:     /s/ *William E. Tabot*
                                              William E. Tabot PC
                                              9248 Mosby Street
                                              Manassas, VA 20110-5038
                                              Phone: 703-530-7075
                                              Email: wetabotesq@wetlawfirm.com
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *William E. Tabot*
      William E. Tabot